In the Matter of ALFRED E. HERZ, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York et al., Respondents.

(Argued November 1, 1933; decided November 2, 1933.)

*Paul L. Ross* for appellant.

*John T. Dooling* for Board of Elections, respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.